IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
  Plaintiff,

vs.             Case No.:  3:08cv318/MCR/EMT

ESCAMBIA COUNTY, et al.
  Defendants.
_____/

## O R D E R

  Plaintiff initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 and a motion for leave to proceed in forma pauperis (Docs. 1, 2).  Upon review of the motion the court concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion.  Plaintiff failed to provide a complete prisoner consent form and financial certificate and a printout of the inmate account for the six months preceding the filing of the complaint.  Additionally, Question 6.e. of the motion asks whether Plaintiff received money from "gifts, inheritances, or any other sources" within the past twelve (12) months (Doc. 2 at 2).  Petitioner states, "Yes," but fails to list the amount of money that he received (*id.*).

  In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a <u>properly completed </u>in forma pauperis application.

  Accordingly, it is **ORDERED**:

  1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

  2. The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.  This case number should be written on the forms.

3.	Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form, <u>a financial certificate signed by a prison official</u>, and an attached computer printout of the transactions in his prison account during the preceding six month period.

4.	Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 30th day of July 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**