**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SIDNEY MARTS,
  Plaintiff,

vs.           Case No.:  3:08cv318/MCR/EMT

ESCAMBIA COUNTY, et al.,
  Defendants.
_____/

### O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 20, 2008 (Doc. 21).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

  Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2.  Plaintiff's notice of voluntary dismissal (doc. 20) is **GRANTED** and this case is **DISMISSED without prejudice**.

  **DONE AND ORDERED** this 19th day of November, 2008.

           _s/ M. Casey Rodgers_
           **M. CASEY RODGERS
           UNITED STATES DISTRICT JUDGE**